# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **MARCUS WOODSON,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | ) Case No. CIV-08-57-R |
| | ) |
| **JUSTIN JONES,** | ) |
| | ) |
| **Respondent.** | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Bana Roberts entered July 31, 2009. Doc. No. 15. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation is ADOPTED in its entirety and the 28 U.S.C. § 2254 petition herein for a writ of habeas corpus is DISMISSED for lack of jurisdiction because Petitioner is no longer "in custody" for the conviction he challenges.

IT IS SO ORDERED this 25th day of August, 2009.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE